IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LINDA LINDSAY, | * |
| Plaintiff, | * |
| v. | Case No.  1:20-CV-147 (LAG)(TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 20, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 20th day of May, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk