IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LINDA LINDSAY, | * |
| Plaintiff, | * |
| v. | Case No. 1:20-CV-147 |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to the Order of this Court filed August 5, 2021, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $7,588.97.

This 5th day of August, 2021.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk